| | |
|---|---|
| 1  ROBERT E. CAREY, JR., ESQ. (SBN 47556)<br>   CAREY & CAREY<br>2  706 COWPER STREET<br>   P.O. BOX 1040<br>3  PALO ALTO, CA 94302-1040<br>   650/328-5510<br>4  650/853-3632 FAX<br>5  Attorneys for Defendant<br>   YASENIA DE LUNA |  |

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,    | CASE NO. CR 06-70237 PVT

11 |          Plaintiff,          | STIPULATION TO CONTINUE
                                    DEFENDANT YASENIA DE LUNA'S
12 |     vs.                     | INITIAL APPEARANCE BEFORE
                                    THE NORTHERN DISTRICT OF
13 | YASENIA DE LUNA, ET AL.,    | CALIFORNIA, AND [~~proposed~~] ᴀˢ
                                    ORDER THEREON
14 |          Defendants.        |

15

16       It is hereby stipulated by and between counsel for the UNITED STATES, MATTHEW

17 A. LAMBERTI, ESQ., and counsel for Defendant. YASENIA DE LUNA, ROBERT E.

18 CAREY, JR., ESQ., that the date set for initial appearance of Defendant DE LUNA in the

19 Northern District of California of May 25, 2006, be continued until June 29, 2006, at 9:30

20 am.

21       Ms. DE LUNA underwent surgery last Thursday, May 18, 2006, and is unable to

22 travel for a two week period of time. Defendant's counsel is unavailable on June 8, June

23 15, and June 22.

24       The parties further AGREE AND STIPULATE that the period of time from May 25,

25 2006 through and including June 29, 2006, shall be excluded from the period of time within

26 which an indictment or information must be filed under the Speedy Trial Act, 18 U.S.C.

27 Section 3161, *et seq.* because the defendant needs additional time for continuity of

28 counsel, to recuperate from surgery, and to arrange for the transportation from the District

1 | of Colorado to the Northern District of California.

2 | The parties also AGREE AND STIPULATE that the Court should enter the
3 | accompanying proposed order.

4 | IT IS SO STIPULATED.

5 | DATED: May 24, 2006               CAREY & CAREY

6

7 | _____/S/_____
8 | ROBERT E. CAREY, JR., Attorneys for
   | Defendant YASENIA DE LUNA

9

10 | DATE: _____, 2006          UNITED STATES OF AMERICA

11

12 | _____/S/_____
   | MATTHEW A. LAMBERTI,
13 | Assistant U.S. Attorney

14

15

16

17

18 | ORDER

19 | Based upon the foregoing and good cause appearing therefor, the Court finds
20 | pursuant to Title 18 United States Code, Sections 3161(h)(1)(G), (h)(1)(H), and (h)(8)(A),
21 | considering the factors set fort in Section 3161(h)(8)(B), that the interests of justice in
22 | granting this continuance outweigh the defendant's and the public's interest in a speedy
23 | trial inasmuch as the defendant needs additional time for continuing of counsel, to
24 | recuperate from surgery, and to arrange for transportation from the District of Colorado to
25 | the Norther District of California, the initial appearance date for Defendant DE LUNA of May
26 | 25, 2006, be vacated, and that a new initial appearance date in the Northern District of
27 | California be calendared for June 29, 2006, at 9:30 am.
28 | IT IS FURTHER ORDERED THAT the period of time from May 25, 2006 through

and including June 29, 2006 be excluded from the period of time within which an indictment or information must be filed under the Speedy Trial Act, 18 U.S.C. Section 3161 *et seq.*

IT IS SO ORDERED.

DATED: May 24, 2006

MAGISTRATE JUDGE RICHARD SEEBORG,
U.S. DISTRICT COURT