1   ROBERT E. CAREY, JR., ESQ. (SBN 47556)
    CAREY & CAREY
2   706 COWPER STREET
    P.O. BOX 1040
3   PALO ALTO, CA  94302-1040
    650/328-5510
4   650/853-3632 FAX

5   Attorneys for Defendant
    YASENIA DE LUNA
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,              CASE NO. CR 06-70237 PVT

11              Plaintiff,                 STIPULATION TO CONTINUE
                                           DEFENDANT YASENIA DE LUNA'S
12  vs.                                    INITIAL APPEARANCE BEFORE
                                           THE NORTHERN DISTRICT OF
13  YASENIA DE LUNA, ET AL.,               CALIFORNIA, AND [proposed]
                                           ORDER THEREON
14              Defendants.

15

16       It is hereby stipulated by and between counsel for the UNITED STATES, MATTHEW

17  A. LAMBERTI, ESQ., and counsel for Defendant. YASENIA DE LUNA, ROBERT E.

18  CAREY, JR., ESQ., that the date set for initial appearance of Defendant DE LUNA in the

19  Northern District of California of May 25, 2006, be continued until June 29, 2006, at 9:30

20  am.

21       Ms. DE LUNA underwent surgery last Thursday, May 18, 2006, and is unable to

22  travel for a two week period of time.  Defendant's counsel is unavailable on June 8, June

23  15, and June 22.

24       The parties further AGREE AND STIPULATE that the period of time from May 25,

25  2006 through and including June 29, 2006, shall be excluded from the period of time within

26  which an indictment or information must be filed under the Speedy Trial Act, 18 U.S.C.

27  Section 3161, et seq. because the defendant needs additional time for continuity of

28  counsel, to recuperate from surgery, and to arrange for the transportation from the District

                                          1
        STIPULATION TO CONTINUE DATE FOR INITIAL APPEARANCE IN THE NORTHERN DISTRICT OF CALIFORNIA

1    of Colorado to the Northern District of California.

2            The parties also AGREE AND STIPULATE that the Court should enter the

3    accompanying proposed order.

4            IT IS SO STIPULATED.

5    DATED: May 24, 2006                    CAREY & CAREY

6

7                                                    /S/
                                                ROBERT E. CAREY, JR., Attorneys for
8                                                Defendant YASENIA DE LUNA

9

10   DATE: _____, 2006              UNITED STATES OF AMERICA

11

12                                                    /S/
                                                MATTHEW A. LAMBERTI,
13                                                Assistant U.S. Attorney

14

15

16

17

18                                    ORDER

19           Based upon the foregoing and good cause appearing therefor, the Court finds

20   pursuant to Title 18 United States Code, Sections 3161(h)(1)(G), (h)(1)(H), and (h)(8)(A),

21   considering the factors set fort in Section 3161(h)(8)(B), that the interests of justice in

22   granting this continuance outweigh the defendant's and the public's interest in a speedy

23   trial inasmuch as the defendant needs additional time for continuing of counsel, to

24   recuperate from surgery, and to arrange for transportation from the District of Colorado to

25   the Norther District of California, the initial appearance date for Defendant DE LUNA of May

26   25, 2006, be vacated, and that a new initial appearance date in the Northern District of

27   California be calendared for June 29, 2006, at 9:30 am.

28           IT IS FURTHER ORDERED THAT the period of time from May 25, 2006 through

1  and including June 29, 2006 be excluded from the period of time within which an indictment

2  or information must be filed under the Speedy Trial Act, 18 U.S.C. Section 3161 *et seq.*

3      IT IS SO ORDERED.

4

5  DATED: 5/26, 2006

6

MAGISTRATE JUDGE RICHARD SEEBORG,
U.S. DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28