ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 FAX

Attorneys for Defendant
YASENIA DE LUNA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YASENIA DE LUNA, ET AL.,<br><br>Defendants. | CASE NO. CR 06-70237 PVT<br><br>STIPULATION TO CONTINUE DEFENDANT YASENIA DE LUNA'S INITIAL APPEARANCE BEFORE THE NORTHERN DISTRICT OF CALIFORNIA, AND [~~proposed~~] ORDER THEREON |

It is hereby stipulated by and between counsel for the UNITED STATES, MATTHEW A. LAMBERTI, ESQ., and counsel for Defendant. YASENIA DE LUNA, ROBERT E. CAREY, JR., ESQ., that the date set for initial appearance of Defendant DE LUNA in the Northern District of California of May 25, 2006, be continued until June 29, 2006, at 9:30 am.

Ms. DE LUNA underwent surgery last Thursday, May 18, 2006, and is unable to travel for a two week period of time. Defendant's counsel is unavailable on June 8, June 15, and June 22.

The parties further AGREE AND STIPULATE that the period of time from May 25, 2006 through and including June 29, 2006, shall be excluded from the period of time within which an indictment or information must be filed under the Speedy Trial Act, 18 U.S.C. Section 3161, *et seq.* because the defendant needs additional time for continuity of counsel, to recuperate from surgery, and to arrange for the transportation from the District

1  of Colorado to the Northern District of California.

2  The parties also AGREE AND STIPULATE that the Court should enter the
3  accompanying proposed order.

4  IT IS SO STIPULATED.

5  DATED: May 24, 2006                    CAREY & CAREY

7                                          /S/
                                           ROBERT E. CAREY, JR., Attorneys for
8                                          Defendant YASENIA DE LUNA

10 DATE: _____, 2006                 UNITED STATES OF AMERICA

12                                          /S/
                                           MATTHEW A. LAMBERTI,
13                                         Assistant U.S. Attorney

18                                ORDER

19  Based upon the foregoing and good cause appearing therefor, the Court finds
20  pursuant to Title 18 United States Code, Sections 3161(h)(1)(G), (h)(1)(H), and (h)(8)(A),
21  considering the factors set fort in Section 3161(h)(8)(B), that the interests of justice in
22  granting this continuance outweigh the defendant's and the public's interest in a speedy
23  trial inasmuch as the defendant needs additional time for continuing of counsel, to
24  recuperate from surgery, and to arrange for transportation from the District of Colorado to
25  the Norther District of California, the initial appearance date for Defendant DE LUNA of May
26  25, 2006, be vacated, and that a new initial appearance date in the Northern District of
27  California be calendared for June 29, 2006, at 9:30 am.
28  IT IS FURTHER ORDERED THAT the period of time from May 25, 2006 through

1 | and including June 29, 2006 be excluded from the period of time within which an indictment
2 | or information must be filed under the Speedy Trial Act, 18 U.S.C. Section 3161 *et seq.*
3 |     IT IS SO ORDERED.

4
5 | DATED: 5/26 PM, 2006      *Patricia V. Trumbull*
6 |         MAGISTRATE JUDGE ~~RICHARD SEEBORG~~,
        U.S. DISTRICT COURT  *Patricia V. Trumbull*